**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION**

| | |
|---|---|
| GRETA O'BRIEN,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　　　)　　Case No. 5:21-cv-04005-TC-GEB<br>　　　　　　　　　　　　　　　　　　)<br>CURO HEALTH SERVICES LLC,　　　)<br>dba: KINDRED AT HOME　　　　　　)<br>dba: AVALON HOSPICE　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　Defendant.　　　　　　　　　　　)| |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to the dismissal of this action with prejudice, with each party to bear its own costs, attorney's fees, and expenses.

Date: January 4, 2021                                              Respectfully,

Jackson Lewis P.C.                                                 HOLLINGSHEAD & DUDLEY
/s/ *Phillip C. Thompson*                                          */s/ EmmaLee A. Wilson*
Kyle B. Russell, #20457                                            Nicholas J. Dudley #78251MO
Phillip C. Thompson, #27575                                        EmmaLee A. Wilson #78952MO
7101 College Blvd. Suite 1200                                      1114 W. Main Street
Overland Park, KS 66210                                            Blue Springs, MO 64015
Telephone: (913) 981-1018                                          (816) 224-9500
Facsimile: (913) 981-1019                                          (816) 224-9503 fax
Kyle.Russell@jacksonlewis.com                                      ndudley@hdtriallawyers.com
Phillip.Thompson@jacksonlewis.com                                  ewilson@hdtriallawyers.com
ATTORNEYS FOR DEFENDANT                                            ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the forgoing was filed with the court's electronic filing/ECF system, thereby serving all counsel of record.

Date: January 4, 2021                *EmmaLee A. Wilson*
                                           Attorney for the Plaintiff